IN THE DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

| | |
|---|---|
| CANDICE MILLER COOK<br>Plaintiff,<br><br>vs.<br><br>DAVID E. CAYWOOD and,<br>DARRELL D. BLANTON,<br>Defendants. | NO.04-2139 -MI/V<br>JURY DEMANDED |

### ORDER OF DISMISSAL AS TO
### DEFENDANT CAYWOOD'S THIRD PARTY COMPLAINT

Comes Now Defendant, David E. Caywood, by and through undersigned counsel, and announces to the Court that he desires to dismiss his third party complaint without prejudice against defendant Archie Miller.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the Third Party Plaintiff's cause of action be and is hereby voluntarily dismissed as to the Defendant Archie Miller without prejudice. Clerk's costs are to be assessed to Defendant David Caywood.

ENTERED THIS 8 day of July, 2005.

JON P. MCCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-11-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 70 in case 2:04-CV-02139 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Estelle G. Winsett
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Karen M. Campbell
GARY K. SMITH & ASSOCIATES, PLLC.
100 Peabody Place
Ste. 1050
Memphis, TN 38103

Darrell E. Baker
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Deborah Whitt
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Gary K. Smith
GARY K. SMITH & ASSOCIATES, PLLC.
100 Peabody Place
Ste. 1050
Memphis, TN 38103

Darrell D. Blanton
BLANTON & McGHEE
5384 Poplar Ave.
Ste. 400
Memphis, TN 38119

James D. Causey
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT