IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 JUL -8 AM 11: 43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

CANDICE MILLER COOK,

    Plaintiff,

vs.

    Docket No. 04-2139-Ml V

DAVID E. CAYWOOD and
DARRELL D. BLANTON,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Come now the parties and announce to the Court that the parties are in agreement that the Plaintiff desires to dismiss this cause as to the Defendants, David E. Caywood and Darrell D. Blanton, with prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED, that the Plaintiff's cause be, and is hereby, voluntarily dismissed with prejudice as to the Defendants, David E. Caywood and Darrell D. Blanton. Clerk's costs, but not discretionary costs, are assessed against the Defendants.

IT IS SO ORDERED THIS ___ DAY OF _July_____, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _7-11-05_



APPROVED:

_____
Eugene C. Gaerig
Attorney for Plaintiff Candice M. Cook

_____ by ECH w/ permission 7-6-05
Gary K. Smith
Attorney for Defendant David Caywood

_____ by ECH w/ permission 7-6-05
Darrell E. Baker, Jr.
Attorney for Defendant Darrell Blanton

2



# Notice of Distribution

This notice confirms a copy of the document docketed as number 71 in case 2:04-CV-02139 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

James D. Causey
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Darrell E. Baker
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Deborah Whitt
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Darrell D. Blanton
BLANTON & McGHEE
5384 Poplar Ave.
Ste. 400
Memphis, TN 38119

Gary K. Smith
GARY K. SMITH & ASSOCIATES, PLLC.
100 Peabody Place
Ste. 1050
Memphis, TN 38103

Estelle G. Winsett
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Karen M. Campbell
GARY K. SMITH & ASSOCIATES, PLLC.
100 Peabody Place
Ste. 1050
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT