FILED BY ⟨sig⟩ D.C.

UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

05 JUL -8  AM 11: 43

THOMAS M. GOULD
CLERK U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

CANDICE MILLER COOK

JUDGMENT IN A CIVIL CASE

VS

DAVID E. CAYWOOD and
DARRELL D. BLANTON.

CASE NO: 04-2139 Ml/V

The parties having dismissed all claims in this matter:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Order of Dismissal With Prejudice and the Order of Dismissal as to Defendant Caywood's Third Party Complaint filed July 8, 2005, this case is DISMISSED with prejudice.

APPROVED:

⟨signature⟩
JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

July 8 2005
Date

**THOMAS M. GOULD**
Clerk of Court

⟨signature⟩
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  7-11-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 72 in case 2:04-CV-02139 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

James D. Causey
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Darrell E. Baker
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Karen M. Campbell
GARY K. SMITH & ASSOCIATES, PLLC.
100 Peabody Place
Ste. 1050
Memphis, TN 38103

Gary K. Smith
GARY K. SMITH & ASSOCIATES, PLLC.
100 Peabody Place
Ste. 1050
Memphis, TN 38103

Darrell D. Blanton
BLANTON & McGHEE
5384 Poplar Ave.
Ste. 400
Memphis, TN 38119

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Estelle G. Winsett
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Deborah Whitt
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Honorable Jon McCalla
US DISTRICT COURT