**"AMENDED"**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

FILED BY _____ D.C.

05 JUL 18 PM 3:55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

CANDICE MILLER COOK

VS

DAVID E. CAYWOOD and
DARRELL D. BLANTON.

JUDGMENT IN A CIVIL CASE

CASE NO: 04-2139 M1/V

---

The parties having dismissed all claims in this matter:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Order of Dismissal With Prejudice and the Order of Dismissal as to Defendant Caywood's Third Party Complaint filed July __8__, 2005, this case is DISMISSED without prejudice.

APPROVED:

/s/ Jon P. McCalla

JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

July 18, 2005
Date

THOMAS M. GOULD
Clerk of Court

/s/ Judy Easley
(By) Deputy Clerk

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on __7-19-05__

(75)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 75 in case 2:04-CV-02139 was distributed by fax, mail, or direct printing on July 19, 2005 to the parties listed.

---

Darrell E. Baker
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Karen M. Campbell
GARY K. SMITH & ASSOCIATES, PLLC.
100 Peabody Place
Ste. 1050
Memphis, TN 38103

Darrell D. Blanton
BLANTON & McGHEE
5384 Poplar Ave.
Ste. 400
Memphis, TN 38119

Estelle G. Winsett
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Deborah Whitt
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Gary K. Smith
GARY K. SMITH & ASSOCIATES, PLLC.
100 Peabody Place
Ste. 1050
Memphis, TN 38103

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

James D. Causey
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT